IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>DIAMOND PRODUCTS<br><br>Defendant. | CIVIL ACTION NO. 04-CV-1010 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, Diamond Products, through their undersigned attorneys, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

606705v1

Dated: October 26, 2005

LOWENSTEIN SANDLER PC
Paul Kizel, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone (973) 597-2500

-and-

THE BAYARD FIRM

*/s/ M. Augustine*
Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer, Esq. (No. 3891)
Mary E. Augustine, Esq. (No. 4477)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Telephone (302) 655-5000

Co-Counsel for Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP

*/s/ Barry Klayman*
Barry M. Klayman, Esquire (No. 3676)
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone (302) 777-0313

Counsel for Defendant, Diamond Products

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)